Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert M. Dow, Jr. | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 10 C 4161 | DATE | 5/29/2012 |
| CASE TITLE | Westbrook vs. Boy Scouts of America | | |

**DOCKET ENTRY TEXT**

Plaintiff is advised that arrangements have been made for him to review the transcript of his deposition at the United States Courthouse in Indianapolis for the purpose of preparing any errata sheet that may be necessary. Plaintiff is directed to contact the Office of Pro Se Law Clerks for U.S. District Court for the Southern District of Indiana at (317) 229-3950 during the week of 6/4/2012 to make the necessary arrangements. Plaintiff must review the transcript no later than 6/15/2012 and is given until 6/22/2012 to file on the docket and serve on opposing counsel any errata sheet (that is, a list of corrections to the deposition transcript) that he deems appropriate. The briefing schedule on Defendant's motion for summary judgment is amended and will proceed as follows: Plaintiff's response brief and related materials (see Local Rule 56.1) are due by 7/23/2012; Defendant's reply and related materials are due by 8/6/2012. The Court will issue a ruling by mail on the motion for summary judgment.

Docketing to mail notices.

| | Courtroom Deputy Initials: | TBK |
|---|---|---|