

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

CHAMBERS OF
ROBERT M. DOW, JR.
JUDGE

TELEPHONE
312-435-5665

May 29, 2012

**BY OVERNIGHT COURIER**

The Honorable John Daniel Tinder
United States Circuit Judge
Birch Bayh Federal Building and
 United States Courthouse
46 East Ohio Street, Room 256
Indianapolis, IN  46204

　　　　Re:   Transcript for Office of Pro Se Law Clerks

Dear John:

　　　Following up on our e-mail correspondence from last week, please find enclosed (1) a minute order entered this morning directing pro se Plaintiff Curtis Westbrook to contact the Office of Pro Se Law Clerks and (2) a paper copy of the transcript that he has requested to review.  I greatly appreciate your facilitating the transmittal of these materials to the Office of Pro Se Law Clerks.  It is a huge help to the fair administration of justice to allow Mr. Westbrook access to the documents without having to incur the expense of traveling to Chicago.

　　　　　　　　　　　　　　　　Best regards,

　　　　　　　　　　　　　　　　*Bob*

　　　　　　　　　　　　　　　　Robert M. Dow, Jr.